452 A.2d 554

Commonwealth v. Griffin, Appellant.

Reargument Denied Nov. 30, 1982.

Petition for Allowance of Appeal Denied March 4, 1983.

Argued June 2, 1982. Stanley M. Shingles, for appellant; Marianne E. Cox, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.